# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL W. PATTERSON, )
)
    Plaintiff, )
)
vs. ) Civil No. 17-cv-179-JGP-CJP
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Michael W. Patterson and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED:   November 21, 2017

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY: s/Tina Gray**
                                                  Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**